UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-cr-00376-SB-1 |
| Plaintiff, | |
| v. | ORDER RE EX PARTE APPLICATION TO SEAL |
| CHARLES DITTO, | |
| Defendant. | |

Defendant has filed an ex parte application seeking to partially seal his sentencing memorandum and fully seal the exhibits to his memorandum. Defendant does not indicate which specific portions of his sentencing memorandum he seeks to seal. By 5:00 p.m. on November 14, 2024, Defendant shall submit a redacted version of his sentencing memorandum to the Court that identifies the specific portions he requests to seal.

Date: November 13, 2024

_____
Stanley Blumenfeld, Jr.
United States District Judge

1